

## United States District Court
Springfield, Massachusetts

Deborah Phillips et. al.
V.
June Harris et. al.                                Case No. 304-cv 30250

**Addendums – A – on Complaint et. al. [Ford Initialized Owners/ Associates]**

Plaintiff, Deborah Phillips, et. al. *[member of a class included in the **American with Disabilities Act**]* herein establishes the contents of the above on complaint against the Defendant, June Harris et. al. [***Ford*** institutional holders and owners associates] to more clearly define the parties and cause for relief/damages and claims in the above:

- **Items marked**                                                                 **number of pages**
- **Ad (a)-** *Letter to Noreen of the Hampden County Bar Association*             *[1]*
  11/12/04 about **Accommodations to American's With Disabilities upon
  the American Disability Act**, *e-mailed by plaintiff to defendant and
  faxed to **June Harris et.al [Ford]***
- **AC- AC2-AC3-AC4-AC5** *In part/ whole **June Harris***                         *[5]*
  ***Defendant's et. al Institutional owners of Ford and all Associates/Parties***
  *Each and every one named a separate defendant in the above cause.*
  **Note AC3** *is **Metropolitan Life a parent company associated with June Harris***
- **(i)** *Tax form – Social Security for Disability Benefits 2004 supporting*     *[1]*
  **American With Disabilities Act Accommodation** *Complaint here filed*
- **(ii)** *Notice of Decision –* **(a)** *Fully Favorable on the Disability*      *[1]*
  *of Plaintiff,* **Deborah** *Phillips* **(b)(c)** *supporting documents to the
  matters in this cause*
- **(iii)** *Letter to Noreen of the Hampden County Bar Association* 7/7/04       *[1]*
  *respective Accommodations to **American's With Disabilities upon the American
  Disability Act** requested from **June Harris et. al. Defendant Institutional owners
  of Ford and all Associates/Parties***

submitted by [signature]
Deborah Phillips pp-pl

Hampden County Bar Association
PO 559
50 State St.
Springfield, Ma 01103

Re: Deborah Phillips v. Metropolitan & Casualty Insurance Co.

To Noreen:

This is to confirm our conversation today, that an arbitrator has not been appointed to the above matter & that you are awaiting hearing from the attorney for defendant and have not appointed anyone nor considered my request (since as plaintiff and not carried as a member bar) for appointment of member located within the City of Springfield pursuant to the American with Disabilities Act as an accomodation.

Respectfully,

Deborah Phillips   Nov 12, 2004

This was left at office 2:49 on Nov 12, 2004
Nancy

Ad (a)

1 of 1  Complete Company Records
FORD HOLDINGS INC
THE AMERICAN ROAD
DEARBORN  MI  48121

TELEPHONE: 313-322-3000
DISCLOSURE CO NO: F730700000
STATUS: Active

INCORPORATION: DE
EXCHANGE: OTH
TICKER SYMBOL: D.FGJ

FORTUNE NO: NA
FORBES NO: NA
CUSIP NO: 0003452771
D-U-N-S (TM) NO: NA

PRIMARY SIC CODE:
6159  Miscellaneous Business Credit Institutions
SIC CODES:
6159  Miscellaneous Business Credit Institutions
6331  Fire, Marine, and Casualty Insurance
6321  Accident and Health Insurance
6141  Personal Credit Institutions
6519  Real Property Lessors, nec
6719  Holding Companies, nec

DESCRIPTION OF BUSINESS: HOLDING COMPANY WITH SUBSIDIARIES WHICH PROVIDE
CONSUMER AND COMMERCIAL FINANCING, CONSISTING OF MAKING SECURED AND UNSECURED
INSTALLMENT LOANS, PURCHASING CONSUMER RETAIL INSTALLMENT OBLIGATIONS,
INVESTING IN CREDIT CARD RECEIVABLES, FINANCING MANUFACTURED HOUSING PURCHASES
, INVESTS IN RESIDENTIAL REAL ESTATE-SECURED RECEIVABLES; FINANCE SALES OF
TRANSPORTATION AND INDUSTRIAL EQUIPMENT; UNDERWRITE PROPERTY, CASUALTY, CREDIT
LIFE AND DISABILITY INSURANCE PRODUCTS; DEVELOP AND LEASE REAL ESTATE AND
DEALERSHIP FACILITIES; AND PROVIDE AUTOMOBILE CLUB AND RELOCATION SERVICES.

CURRENT OUTSTANDING SHARES:                  1,099   (SOURCE: 10-Q   05/01/95)
SHARES HELD BY OFF & DIR:                        1   (SOURCE: PROXY)
NUMBER OF SHAREHOLDERS:                          1   (SOURCE: 10-K)
NUMBER OF EMPLOYEES:            13,700   (SOURCE: 10-K)

FISCAL YEAR END: 12/31
LATEST ANNUAL FINANCIAL DATE: 12/31/94
LATEST QUARTERLY FINANCIAL DATE: 03/31/95

AUDITOR CHANGE: NA
AUDITOR: COOPERS & LYBRAND   (SOURCE: 10-K)
AUDITOR'S REPORT: UNQUALIFIED;EXPLANATION, ADOPTION OF SFAS 106, ACCOUNTING
  POSTRETIREMENT BENEFITS OTHER THAN PENSION AND ADOPTION OF SFAS 109,
ACCOUNTING FOR INCOME TAXES IN 1992

```
MACHER, FRANK E./ 54/   VICE PRESIDENT, GENERAL MANAGER / NA
MAGEE, KEITH C./ 48/   VICE PRESIDENT / NA
MARTIN, JOHN W., JR./ 58/   VICE PRESIDENT, LEGAL COUNSEL / NA
MAZZORIN, CARLOS E./ 53/   VICE PRESIDENT / NA
MCCAMMON, DAVID N./ 60/   VICE PRESIDENT / NA
MCKEEHAN, W. DALE/ 57/   VICE PRESIDENT / NA
MCTAGUE, JOHN F./ 56/   VICE PRESIDENT / NA
OLDFIELD, JOHN A./ 52/   VICE PRESIDENT, SUBSIDIARY OFFICER / NA
JONES-PARRY, RICHARD/ 43/   VICE PRESIDENT / NA
PETRAUSKAS, HELEN O./ 50/   VICE PRESIDENT / NA
REICHENSTEIN, MURRAY L./ 57/   VICE PRESIDENT, CONTROLLER / NA
RESSLER, NEIL W./ 55/   VICE PRESIDENT / NA
RINTAMAKI, JOHN M./ 53/   SECRETARY / NA
ROBERTS, ROSS H./ 57/   VICE PRESIDENT, GENERAL MANAGER / NA
SPARVERO, ROBERT P./ 54/   VICE PRESIDENT / NA
SCOTT, DAVID W./ 54/   VICE PRESIDENT / NA
SZULUK, CHARLES W./ 52/   VICE PRESIDENT / NA
TELNACK, JOHN J./ 57/   VICE PRESIDENT / NA
WAGNER, THOMAS J./ 56/   VICE PRESIDENT / NA
WILKIE, DENNIS W./ 52/   VICE PRESIDENT / NA
GILMOUR, ALLAN D./ NA/   VICE CHAIRMAN OF THE BOARD, RETIRED (PRX 04-06-
/$4,338,862

DIRECTORS (NAME/AGE/TITLE/REMUNERATION): (SOURCE: PROXY 04/06/95)
CHANDLER, COLBY H./ 69/   NOMINEE / NA
DINGMAN, MICHAEL D./ 63/   NOMINEE / NA
FORD, EDSEL B., II/ 46/   VICE PRESIDENT, SUBSIDIARY OFFICER, NOMINEE /
FORD, WILLIAM CLAY/ 70/   NOMINEE / NA
FORD, WILLIAM CLAY, JR./ 37/   NOMINEE / NA
GOIZUETA, ROBERTO C./ 63/   NOMINEE / NA
HOCKADAY, IRVINE O., JR./ 58/   NOMINEE / NA
JOSES TRAVIS, MARIE/ 45/   NOMINEE / NA
LEWIS, DREW/ 63/   NOMINEE / NA
MARRAM, ELLEN R./ 48/   NOMINEE / NA
OLSEN, KENNETH H./ 69/   NOMINEE / NA
REICHARDT, CARL E./ 63/   NOMINEE / NA
TROTMAN, ALEX/ 61/   CHAIRMAN OF THE BOARD, PRESIDENT, CHIEF EXECUTIVE
OFFICER, NOMINEE / $5,029,941
WHARTON, CLIFTON R., JR./ 68/   NOMINEE / NA

OWNERSHIP:
   TYPE            DATE(C,M)    OWNERS   CHANGE (000S) HELD    %OWN
   INSTITUTIONS    03/31/95(C)    567    -5,294        441,740  43.10
   5% OWNERS       03/31/95(M)    -      NA            166,116  16.21
   INSIDERS        04/31/95(M)    68     NA            4,531    0.44

                            224/SPECTRUM 13F INSTITUTIONAL OWNERSHIP
                                          LATEST QTR    SHARES    FILING
INSTITUTIONAL HOLDER             RANK     CHG IN SHS    HELD      DATE
WELLINGTON MANAGEMENT CO           1      4,774,420     31,774,240  03/31/9
MELLON BANK CORPORATION            2      2,545,371     20,066,587  03/31/9
WELLS FARGO INST TR NA             3      386,792       20,056,743  03/31/9
BANKERS TRUST N Y CORP             4      115,828       14,389,951  03/31/9
BERNSTEIN SANFORD C & CO           5      2,790,381     15,989,725  03/31/9
CAPITAL RESEARCH & MGMT            6      7,625,000     14,429,000  03/31/9
SAROFIM FAYEZ                      7      -95,200       11,450,119  03/31/9
BARROW HANLEY MEWHINNEY            8      1,080,800     10,945,100  03/31/9
COLLEGE RETIRE EQUITIES            9      577,200       9,472,846   03/31/9
AGGREGATE OF 334 OWNERS            NA     -24,657,020   15,714,870
STATE STREET BOSTON CORP           10     -27,771       7,225,572   03/31/9
TRAVELERS INC                      11     561,212       7,370,873   03/31/9
ARK ASSET MGMT CO INC              12     1,725,500     7,433,700   03/31/9
MICHIGAN STATE TREASURER           13     10,410        7,004,290   03/31/9
                                          0             6,987,852   03/31/9
```

| Name | # | Change | Value | Date |
|---|---|---|---|---|
| BRITISH COAL STAFF SUPER | 151 | ? | 401,257 | 03/31/9? |
| BRIGHT MUTUAL INS CO | 152 | -27,500 | 394,500 | 03/31/9? |
| PIPER CAPITAL MGMT INC | 153 | 2,153 | 392,250 | 03/31/9? |
| DODGE & COX | 154 | -77,500 | 391,440 | 03/31/9? |
| EATON VANCE MANAGEMENT | 155 | -150,450 | 390,572 | 12/31/9? |
| NCM CAPITAL MGMT GRP INC | 156 | 11,650 | 387,800 | 03/31/9? |
| CAMBIAR INVESTORS INC | 157 | 6,800 | 377,025 | 03/31/9? |
| ZWEIG/GLASER ADVISERS | 158 | 103,000 | 375,300 | 03/31/9? |
| PRICE T ROWE ASSOCIATE | 159 | -35,700 | 361,074 | 03/31/9? |
| COLONIAL MANAGEMENT ASSC | 160 | -94,000 | 360,100 | 03/31/9? |
| RELIANCE FINL SERVICES | 161 | 350,000 | 350,000 | 03/31/9? |
| SEARS INVESTMENT MGMT | 162 | -2,900 | 348,000 | 03/31/9? |
| LASALLE NATL TRUST N.A. | 163 | -4,915 | 347,811 | 03/31/9? |
| GABELLI FUNDS, INC. | 164 | 225,000 | 334,000 | 03/31/9? |
| FIRST CHICAGO CORP | 165 | -121,119 | 328,454 | 03/31/9? |
| ROBERT FLEMING (FLEM CAP) | 166 | 25,800 | 324,496 | 03/31/9? |
| PANAGORA ASSET MGMT INC | 167 | 30,600 | 320,200 | 03/31/9? |
| DEAN C H & ASSOC INC | 168 | 39,752 | 307,485 | 03/31/9? |
| INVESTMENT COUNSELORS/MD | 169 | 235,000 | 303,776 | 03/31/9? |
| SENECA INC | 170 | 14,505 | 300,545 | 03/31/9? |
| ROCKER, DAVID A | 171 | 163,400 | 297,400 | 03/31/9? |
| GENERAL AMER INVT MGMT | 172 | 4,400 | 296,800 | 03/31/9? |
| KEYSTONE CUSTODIAN FDS | 173 | 0 | 296,200 | 03/31/9? |
| ZWEIG ADVISORS INC. | 174 | 291,700 | 291,700 | 12/31/9? |
| CS FIRST BOSTON INC. | 175 | 226,504 | 290,004 | 03/31/9? |
| NATIONWIDE MUTUAL INSUR | 176 | 0 | 287,800 | 03/31/9? |
| GTE INVT. MGMT. CORP. | 177 | -72,700 | 283,000 | 03/31/9? |
| RENAISSANCE INVT MGMT | 178 | -17,095 | 282,155 | 03/31/9? |
| BRANDMAN MAYO VAN OTTER | 179 | -62,000 | 276,200 | 03/31/9? |
| FIDUCIARY TRUST CO INTL. | 180 | -535,650 | 271,200 | 03/31/9? |
| MARSHALL & ILSLEY CORP | 181 | 35,347 | 269,467 | 03/31/9? |
| STANDISH AYER & WOOD INC | 182 | -55,500 | 265,150 | 03/31/9? |
| DEERE & COMPANY | 183 | 0 | 265,000 | 03/31/9? |
| MUTUAL LIFE INS CO N.Y. | 184 | -24,000 | 260,100 | 03/31/9? |
| HOWARD HUGHES MED INST. | 185 | -250,000 | 250,000 | 03/31/9? |
| INVESCO MGMT & RES INC | 186 | -11,700 | 249,560 | 03/31/9? |
| ZASKE SARAFA & ASSOCS | 187 | -26,840 | 246,495 | 03/31/9? |
| INTEGRA FINANCIAL CORP. | 188 | -711,132 | 241,850 | 03/31/9? |
| HSBC HOLDINGS PLC | 189 | -4,845 | 238,247 | 03/31/9? |
| MUTUAL ASSET MGMT LTD | 190 | 0 | 238,100 | 12/31/9? |
| RAY GERALD L & ASSOC. | 191 | -500 | 233,066 | 12/31/9? |
| SNOOT MILLER CHENEY & CO | 192 | -24,100 | 229,500 | 03/31/9? |
| METROPOLITAN LIFE INSUR | 193 | -17,562 | 224,535 | 03/31/9? |
| ROTHSCHILD ASSET MGMT | 194 | -21,900 | 218,930 | 12/31/9? |
| BARTLETT & CO. | 195 | 40,335 | 218,513 | 03/31/9? |
| WESTPEAK INVT ADVISORS | 196 | 117,200 | 217,800 | 03/31/9? |
| UNITED STATES TR/BOSTON | 197 | 114,700 | 214,200 | 03/31/9? |
| BARNETT BANKS TRUST CO | 198 | -4,852 | 211,492 | 03/31/9? |
| BASS M D INVESTORS INC | 199 | -15,700 | 209,600 | 03/31/9? |
| COMMERCIAL UNION INV MGT | 200 | 4,400 | 208,000 | 09/30/9? |
| RUANE CUNNIFF & CO | 201 | 1,300 | 207,408 | 03/31/9? |
| MCHUGH ASSOCIATES, INC. | 202 | 14,850 | 207,360 | 12/31/9? |
| LIBERTY BK & TR/OKLA CTY | 203 | -2,550 | 206,455 | 03/31/9? |
| ABERDEEN AMERICA INC | 204 | -23,600 | 202,900 | 03/31/9? |
| MERCANTILE BANC/MISSOURI | 205 | -4,555 | 200,501 | 03/31/9? |
| MERRILL LYNCH & CO INC | 206 | -14,523 | 200,193 | 03/31/9? |
| DUPONT CORPORATION | 207 | 0 | 200,000 | 03/31/9? |
| MITCHELL HUTCHINS ASSET | 208 | -517,901 | 196,685 | 03/31/9? |
| BANK OF NEW YORK | 209 | -177,166 | 196,479 | 03/31/9? |
| LIBERTY CAP ... | 210 | 173,... | 196,256 | 06/30/9? |
| EDINB CAPITAL MGMT INC | 211 | ... | 195,970 | 03/31/9? |
| GENERAL ELECTRIC COMPANY | 212 | 35,000 | 191,500 | 12/31/9? |
| BOSTON SAFE DEP TRUST CO | 213 | -7,... | 190,... | 03/31/9? |

| Holder | # | Change | Shares | Date |
|---|---|---|---|---|
| | | | 5,325,700 | 03/31/95 |
| | | | 5,334,447 | 03/31/95 |
| | | | 5,370,963 | 03/31/95 |
| | | | 5,324,089 | 03/31/95 |
| | | 1,654,500 | 5,054,500 | 03/31/95 |
| | | 740 | 4,772,800 | 12/31/94 |
| | | 795 | 4,658,028 | 03/31/95 |
| | | 132 | 4,569,870 | 03/31/95 |
| | | 735 | 4,257,023 | 03/31/95 |
| | | 1,670,102 | 4,244,109 | 03/31/95 |
| | | -4,414,600 | 4,193,308 | 03/31/95 |
| EQUITABLE COMPANIES | | 1,719,160 | 3,977,420 | 03/31/95 |
| INVISTA CAPITAL MGMT INC | | 52,850 | 3,549,595 | 03/31/95 |
| CALIF STATE TEACHERS RET | 31 | -149,000 | 3,385,177 | 03/31/95 |
| WADDELL & REED INC | 32 | -209,400 | 3,231,700 | 03/31/95 |
| STEINHARDT, MICHAEL H. | 33 | 2,975,100 | 2,975,100 | 03/31/95 |
| BOATMEN'S BANCSHARES INC | 34 | 751,047 | 2,963,499 | 03/31/95 |
| FIDELITY MGMT & RES CORP | 35 | -3,967,500 | 2,911,180 | 03/31/95 |
| FLEET FINL GROUP INC | 36 | -19,892 | 2,880,494 | 03/31/95 |
| KEYCORP | 37 | -435,705 | 2,818,615 | 03/31/95 |
| FIRST INTERSTATE BANCORP | 38 | -221,802 | 2,755,508 | 03/31/95 |
| PIONEERING MGMT CORP | 39 | 1,013,850 | 2,535,050 | 03/31/95 |
| NATIONSBANK CORPORATION | 40 | -719,251 | 2,515,555 | 03/31/95 |
| AMERICAN EXPRESS FINL | 41 | -5,533,213 | 2,490,534 | 03/31/95 |
| ANB INVESTMENT MGMT & TR | 42 | 217,948 | 2,355,052 | 03/31/95 |
| FLORIDA ST BOARD/ADMIN | 43 | 0 | 2,335,000 | 03/31/95 |
| WOLFROBE ASSOC INC | 44 | 433,800 | 2,272,114 | 03/31/95 |
| AETNA LIFE & CASUALTY CO | 45 | -1,511,500 | 2,210,834 | 03/31/95 |
| GE INVESTMENT CORP | 46 | -209,983 | 2,157,475 | 12/31/94 |
| PNC BANK CORP | 47 | 750,537 | 2,123,403 | 03/31/95 |
| MILLER ANDERSON&SHERRERD | 48 | 1,569,000 | 2,109,600 | 03/31/95 |
| DREMAN VALUE MGMT. L.P. | 49 | -354,345 | 1,997,937 | 03/31/95 |
| BANC ONE CORPORATION | 50 | 956,683 | 1,990,527 | 03/31/95 |
| MCMORGAN & COMPANY | 51 | 38,750 | 1,910,750 | 03/31/95 |
| MASS MUTUAL LIFE INSUR | 52 | -288,300 | 1,888,500 | 03/31/95 |
| OHIO STATE TEACH RET SYS | 53 | 0 | 1,857,345 | 03/31/95 |
| WILMINGTON TRUST COMPANY | 54 | 29,200 | 1,821,418 | 03/31/95 |
| LOOMIS SAYLES & COMPANY | 55 | -67,700 | 1,810,854 | 03/31/95 |
| NEUBERGER&BERMAN MGMT | 56 | 440,000 | 1,700,000 | 03/31/95 |
| PRUDENTIAL CORP PLC | 57 | 42,513 | 1,632,213 | 03/31/95 |
| TCW GROUP INC | 58 | -103,750 | 1,617,835 | 03/31/95 |
| WELLS FARGO & COMPANY | 59 | -74,035 | 1,614,424 | 03/31/95 |
| FIRST UNION CORPORATION | 60 | 406,028 | 1,538,757 | 03/31/95 |
| HERMAN MORDAC MGMT CO | 61 | -59,600 | 1,501,800 | 03/31/95 |
| THOMPSON BOESE WILLISEE | 62 | 45,260 | 1,430,171 | 03/31/95 |
| BANKAMERICA CORP | 63 | 742,393 | 1,449,645 | 03/31/95 |
| CHANCELLOR CAPITAL MGMT | 64 | -257,400 | 1,424,956 | 03/31/95 |
| MERIDIAN BANCORP INC | 65 | 307,370 | 1,279,383 | 03/31/95 |
| TRINITY INVESTMENT MGMT | 66 | -113,870 | 1,250,600 | 03/31/95 |
| FIRST QUADRANT CORP | 67 | 1,194,000 | 1,244,000 | 09/30/94 |
| USAA INVESTMENT MGMT | 68 | 49,500 | 1,221,900 | 03/31/95 |
| COLUMBIA MANAGEMENT CO | 69 | -25,700 | 1,221,150 | 03/31/95 |
| NORTHERN TRUST CORP | 70 | -34,722 | 1,217,429 | 03/31/95 |
| UNIVERSITY/PENNSYLVANIA | 71 | 405,144 | 1,205,476 | 03/31/95 |
| COLORADO PUBLIC EMPL RET | 72 | -1,500 | 1,202,700 | 03/31/95 |
| CHICAGO ASSET MANAGEMENT | 73 | 45,700 | 1,198,300 | 03/31/95 |
| BALTIMORE/NATNL CORP | 74 | 6,548 | 1,188,211 | 03/31/95 |
| | | -135 | 1,175,045 | 03/31/95 |
| | | | 1,150,864 | 03/31/95 |

| Name | # | Change | Shares | Date |
|---|---|---|---|---|
| MORGAN STANLEY GROUP INC | 84 | | 1,028,825 | 03/31/95 |
| MASSACHUSETTS FINL SVCS | 85 | 103,747 | 1,023,156 | 03/31/95 |
| SUNTRUST BANKS INC | 86 | 26,186 | 1,017,561 | 03/31/95 |
| MITCHELL HUTCHINS INST. | 87 | 111,100 | 977,204 | 03/31/95 |
| WELLS FARGO NIKKO INV | 88 | 107,827 | 969,217 | 03/31/95 |
| IBM RETIREMENT FDS SCTY | 89 | 9,129 | 967,700 | 12/31/94 |
| PUTNAM INVESTMENT MGMT | 90 | 15,800 | 936,000 | 03/31/95 |
| FIRST FIDELITY BANCORP. | 91 | 4,341 | 934,676 | 03/31/95 |
| NATIONWIDE FINANCIAL SVC | 92 | -100,000 | 924,800 | 03/31/95 |
| UNITED STATES TRUST N Y | 93 | 3,135 | 921,702 | 03/31/95 |
| TSA CAPITAL MGMT | 94 | 275,800 | 917,100 | 03/31/95 |
| RAMPART INVT MGMT CO. | 95 | -75,100 | 891,200 | 12/31/94 |
| SOUND SHORE MGMT, INC. | 96 | 687,000 | 883,000 | 03/31/95 |
| BARCLAYS BANK PLC | 97 | 215,00 | 877,556 | 03/31/95 |
| AMSOUTH BANCORPORATION | 98 | 11,184 | 845,710 | 03/31/95 |
| DIMENSIONAL FUND ADVS. | 99 | 41,800 | 812,100 | 03/31/95 |
| WACHOVIA CORPORATION | 100 | 141,661 | 827,555 | 03/31/95 |
| CITICORP | 101 | 54,350 | 811,809 | 03/31/95 |
| INVESCO FUNDS GRP INC | 102 | -1,051,530 | 800,000 | 03/31/95 |
| FEDERATED INVESTORS INC | 103 | -46,400 | 783,910 | 03/31/95 |
| GEB INVESTMENT MGMT | 104 | -15,708 | 777,192 | 03/31/95 |
| RICE, WILLIAM MARSH UNIV | 105 | 0 | 767,500 | 03/31/95 |
| NORTHWESTERN MUTUAL LIFE | 106 | 1,400 | 766,700 | 03/31/95 |
| CHEMICAL BANKING CORP. | 107 | -37,346 | 734,083 | 03/31/95 |
| GUARDIAN INVESTOR SVCS. | 108 | 0 | 726,000 | 03/31/95 |
| WEDGE CAPITAL MGMT. INC. | 109 | 48,630 | 731,070 | 03/31/95 |
| ARGUS INVESTORS COUNSEL | 110 | 11,300 | 702,275 | 03/31/95 |
| FIRST BANK SYSTEM INC | 111 | 41,560 | 699,719 | 03/31/95 |
| ALLSTATE INSURANCE CO | 112 | -44,400 | 672,100 | 03/31/95 |
| NBD BANCORP INC | 113 | -66,842 | 664,172 | 12/31/94 |
| U S BANCORP | 114 | 17,417 | 656,055 | 03/31/95 |
| HARTFORD FIRE INSURANCE | 115 | 15,700 | 641,700 | 03/31/95 |
| FARMERS GROUP INC | 116 | 0 | 624,000 | 03/31/95 |
| STRONG CAPITAL MGMT INC | 117 | 220,300 | 620,500 | 03/31/95 |
| NEW MEXICO EDUC. RET. BD | 118 | 0 | 610,800 | 03/31/95 |
| CAPITAL GUARDIAN TRUST | 119 | -29,800 | 595,100 | 03/31/95 |
| RUSSELL FRANK CO INC | 120 | -17,000 | 587,116 | 03/31/95 |
| STRATTON MANAGEMENT CO. | 121 | 47,701 | 569,171 | 12/31/94 |
| NUMERIC INVESTORS L P | 122 | 7,900 | 567,100 | 03/31/95 |
| BANK OF BOSTON CORP | 123 | 118,258 | 561,556 | 03/31/95 |
| CLAY FINLAY INC ? | 124 | 300,300 | 553,300 | 03/31/95 |
| SELIGMAN J W & COMPANY | 125 | -299,400 | 549,000 | 03/31/95 |
| LEGAL & GENERAL GROUP | 126 | 179,800 | 533,210 | 03/31/95 |
| NATIONAL LIFE INSURANCE | 127 | 51,000 | 529,200 | 03/31/95 |
| KENTUCKY TEACHERS RETRM | 128 | 23,100 | 528,700 | 03/31/95 |
| A I M MGMT GROUP INC. | 129 | -1,499,000 | 520,000 | 03/31/95 |
| UBS ASSET MGMT NY INC | 130 | 263,275 | 505,781 | 03/31/95 |
| MINEWORKERS PEN. SCHEME | 131 | -75,000 | 501,040 | 03/31/95 |
| SCUDDER STEVENS & CLARK | 132 | -155,630 | 500,112 | 03/31/95 |
| SHAWMUT NATL CORP | 133 | 109,126 | 499,602 | 03/31/95 |
| HAGLER MASTROVITA&HEWITT | 134 | 1,600 | 493,600 | 12/31/94 |
| GLICKENHAUS & CO. | 135 | 25,450 | 493,200 | 03/31/95 |
| BROWN CAPITAL MGMT INC | 136 | -5,300 | 492,320 | 03/31/95 |
| WOODFORD CAPITAL MGMT | 137 | 489,300 | 489,300 | 03/31/95 |
| PARIBAS ASSET MGMT SNC | 138 | -220,800 | 479,998 | 03/31/95 |
| WESBANCO BANK WHEELING | 139 | 5,730 | 479,191 | 03/31/95 |
| U S WEST INC | 140 | 41,000 | 475,200 | 03/31/95 |
| INVESTMENT RESEARCH CO. | 141 | -47,800 | 466,300 | 03/31/95 |
| GEEWAX TERKER & COMPANY | 142 | -275,200 | 461,900 | 03/31/95 |
| OHIO SCHOOL EMP RETIRMT | 143 | 0 | 456,000 | 06/30/94 |
| VALUEQUEST LTD. | 144 | | 455,655 | 03/31/95 |
| DISCIPLINED INVT ADVISR | 145 | -46,100 | 455,655 | 03/31/95 |
| AMERICAN GENERAL CORP | 146 | -11,106 | 455,225 | 03/31/95 |

A65

**Notice 703**
(Rev. September 2004)


Department of the Treasury
Internal Revenue Service

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

## 2004
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | | Box 2. Beneficiary's Social Security Number |
|---|---|---|
| DEBORAH A PHILLIPS | | |
| Box 3. Benefits Paid in 2004 | Box 4. Benefits Repaid to SSA in 2004 | Box 5. Net Benefits for 2004 (Box 3 minus Box 4) |
| $7,116.00 | NONE | $7,116.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $7,116.00 | NONE |
| Benefits for 2004 | $7,116.00 | |

**NOTICE OF DECISION – FULLY FAVORABLE**

Deborah Phillips
4 Park Street
Enfield, CT 06082

<u>NOTE TO PROCESSING CENTER</u>
<u>FURTHER ACTION NECESSARY</u>

DEPARTMENT OF
HEALTH AND HUMAN SERVICES
Social Security Administration
OFFICE OF HEARINGS AND APPEALS

Deborah Phillips

6

(a)  5.  The claimant has been under a "disability," as defined in the Social Security Act, since February 14, 1988 (2 CFR 404.1520(d)).

<u>DECISION</u>

It is my decision, based on the application filed on November 2, 1992, that the claimant is entitled to a period of disability commencing February 14, 1988, and to disability insurance benefits under sections 216(i) and 223, respectively, of the Social Security Act.

IRA M. FUNDY
U.S. Administrative Law Judge

JUL 20 1995

Date

(b) On July 20, 1995, Administrative Law Judge Fundy of our Springfield Hearing Office issued a decision finding that you are entitled to disability insurance benefits and eligible for supplemental security income. The Office of Disability and International Operations will inform you of the amount of monthly checks and when disability payments will begin, and

(c) to pay you, we must deduct certain amounts, such as Medicare premiums and workers' compensation offset.

... Security benefits you are due for

(d),

# Deborah Phillips
4 Park Street,
Enfield, Ct, 06082

July 7, 2004

Docket No. 99-809

Regarding: Filing Appeal in Forma Paupers

Noreen Hampden County Bar Association – Superior Court Arbitration:

Kindly find that prior to June 11, 2004 a pending a appeal has been filed and is with the attached filing, 7/28/2004, pending approval in the Superior Court.

Please advise me of the departments, courts, and overseers which may be advised to apply for appeals, hearing of errors in this cause so that a decision may be formulated about dates for above noted matter. Still unanswered pre-conference of the defendant council in error a law, so that some agreement may be found in the matter placed before your in error of law by defendant. Since the defendant has failed to respect the plaintiff's request for a different arbitrator and has prejudiced this cause from moving forward.
- Kindly note the person chosen was to be located inside the city of Springfield.

Thank you for all assistance in clarifying the errors laws committed by the defendant's council in this cause. Kindly respond in writing as soon as possible and consider the attached additionally submitted to your office in a timely fashion on appeal / stay of a foresaid.

Regards,

Deborah Phillips

