```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


DEBORAH PHILLIPS,              )
       Plaintiff               )
                               )
            v.                 )CIVIL ACTION NO. 04-30250-MAP
                               )
JUNE HARRIS, ET AL,            )
       Defendants              )
```

### MEMORANDUM AND ORDER REGARDING REPORT AND RECOMMENDATION FOR SUMMARY DISMISSAL
#### (Docket No. 03)

March 9, 2005

PONSOR, D.J.

On December 21, 2004, Magistrate Judge Kenneth P. Neiman recommended that the complaint in this matter be dismissed pursuant to 28 U.S.C. § 1915(e).  On March 1, 2005 the plaintiff filed what the court has construed as an objection to the Report and Recommendation.

Upon de novo review, the Report and Recommendation is hereby adopted and the complaint is ordered dismissed. Unfortunately, neither the complaint nor the objection offers a sufficient outline of either facts or cognizable causes of action to permit this case to go forward.  It would simply be impossible for any defendant to respond to the documents as filed.

For the foregoing reasons, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated December

21, 2004 is hereby adopted. This case is hereby ordered DISMISSED pursuant to 28 U.S.C. § 1915(e) and may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge